2006905 Ontario Inc. v Goodrich Aerospace Can., Ltd. (2024 NY Slip Op 01491)

2006905 Ontario Inc. v Goodrich Aerospace Can., Ltd.

2024 NY Slip Op 01491

Decided on March 15, 2024

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on March 15, 2024

PRESENT: SMITH, J.P., CURRAN, MONTOUR, GREENWOOD, AND NOWAK, JJ. (Filed Mar. 15, 2024.) 

MOTION NO. (989/23) CA 22-01667.

[*1]2006905 ONTARIO INC., PLAINTIFF-APPELLANT,
v
GOODRICH AEROSPACE CANADA, LTD., AND DINO SOAVE, DEFENDANTS-RESPONDENTS.

MEMORANDUM AND ORDER
Motion for leave to appeal to the Court of Appeals denied.